**Frank Trenkhorst Manufacturing Company, Defendant in Error, v. John Peter, Plaintiff in Error.**

**Gen. No. 18,355. (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the March term. 1912. Reversed and remanded. Opinion filed October 9, 1913.

## Statement of the Case.

Action by Frank Trenkhorst Mfg. Co., a corporation, against John Peter to recover damages for breach of a contract to furnish materials to plaintiff. From a judgment for plaintiff for six hundred and twenty-seven dollars and ninety-nine cents, defendant brings error.

C. A. FITCH, for plaintiff in error.

A. J. REDMOND, for defendant in error; SIMON LA GROU, of counsel.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

## Abstract of the Decision.

1. SALES, § 372*—*when evidence as to price paid elsewhere, inadmissible*. In an action for breach of contract to furnish certain materials and work, admission of testimony as to the price paid another party for same, without showing that such price was the reasonable and fair market price, *held* reversible error.

2. SALES, § 382*—*measure of damages for breach, when buyer purchases elsewhere*. In an action to recover the difference in price between the price for which defendant agreed to furnish materials and the price actually paid another party on failure of defendant to perform, defendant cannot be charged with the difference in price on a greater amount of materials than he agreed to furnish.